**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHARONDA QUILLET,  REGINALD
QUILLET,  JEFFREY BARNETT,
ANDERLE BROWN,

           **Plaintiffs,**

-vs-                                           **Case No.  6:12-cv-1283-Orl-28TBS**

USHA JAIN, M.D.,  MANOHAR JAIN,
JAYMA AMBE ENTERPRISES, INC.,

           **Defendants.**

_____

## ORDER

This case is before the Court on Defendant Usha Jain, M.D.'s Motion to Dismiss (Doc. No. 11) filed September 19, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be denied, but that Plaintiffs' Complaint be dismissed with leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 11, 2012 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Usha Jain, M.D.'s Motion to Dismiss (Doc. No. 11) is **DENIED**.

3.      Plaintiffs' Complaint is **DISMISSED without prejudice.**  Plaintiffs are granted leave to amend their Complaint to correct the deficiencies noted in the Report and Recommendation. The Amended Complaint shall be filed within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of October, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party