UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARONDA QUILLET, REGINALD QUILLET, JEFFREY BARNETT, ANDERLE BROWN, ,

    Plaintiffs,

v.      Case No. 6:12-cv-1283-Orl-28TBS

USHA JAIN, M.D., MANOHAR JAIN, JAYMA AMBE ENTERPRISES, INC., ,

    Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion for Court Order Directing the United States Marshals Service to Transfer Plaintiff Jeffrey Barnett for Trial (Doc. 141). Plaintiff Jeffrey Barnett is currently incarcerated at Oakdale Federal Correctional Institution in Louisiana. He desires to be transported to the Middle District of Florida for the trial of this case.

Plaintiff has not cited any legal authority for the motion which, if granted, would impose manpower and security burdens on the United States Marshal Service and an economic burden on the Government. The Court inquired of the Marshal Service and was informed that policy requires the litigant to pay all costs associated with the transfer of a prisoner to testify in a case such as this one. The Marshal also advised that Bureau of Prisons approval is required before a prisoner can be transferred. Because neither of these conditions has been satisfied, the motion is DENIED.

DONE AND ORDERED in Orlando, Florida, on May 6, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel